UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.      Case No. 8:07-cr-454-T-30TGW

ARCHIE HOLMES,
    a/k/a "Nerk,"

    Defendant.

## PRELIMINARY ORDER OF FORFEITURE

THIS CAUSE comes before the Court upon the filing of the Motion (Dkt. #390) of the United States of America for Entry of a Preliminary Order of Forfeiture which shall be a Final Order as to defendant Archie Holmes' right, title and interest in the following firearms and ammunition:

    A.    CN Romarm, 7.62 caliber firearm, serial number AC-1506-80, loaded with a magazine;

    B.    Remington Model 870, 12 gauge shotgun, serial number D49190M, loaded with five rounds;

    C.    H&R .32 caliber revolver, Model 73, serial number AU015501;

    D.    An unidentified make/model, 7.62 caliber rifle, with scope and loaded magazine, serial number 10054345;

    E.    Ruger .22 caliber handgun with magazine, serial number 12-05919;

    F.    Glock Model 26 pistol, 9mm, with magazine, serial number LHF 100; and

    G.    Ruger .22 caliber handgun with magazine, serial number NRA-11376.

Being fully advised in the premises, the Court finds:

WHEREAS, the United States has established the requisite *nexus* between the firearms and ammunition identified above and the weapons offense charged in Court Four of the First Superseding Indictment, to which the defendant pled guilty, the government is now entitled to possession of the subject firearms and ammunition pursuant to the provisions of 18 U.S.C. § 924(d)(1), 28 U.S.C. § 2461(c), 21 U.S.C. § 853[incorporated by 28 U.S.C. § 2461(c)], and Rule 32.2(b)(2), Fed. R. Crim. P. Accordingly, it is hereby

**ORDERED**, **ADJUDGED**, and **DECREED**

1. That the Motion (Dkt. #390) of the United States is GRANTED;

2. That all right, title, and interest of defendant Archie Holmes in the above-listed assets are hereby forfeited to the United States of America for disposition according to law, subject to the provisions of 21 U.S.C. § 853;

3. That, following entry of this order, the United States will, pursuant to 21 U.S.C. § 853(n), publish (in such manner as the Attorney General may direct) notice thereof and its intent to dispose of the forfeited properties.  The United States may also, to the extent practicable, provide direct written notice to any person known to have an alleged interest in the above-described assets, as substitute for published notice as to those persons so notified;

4. That any person, other than defendant Archie Holmes, who has or claims any right, title, or interest in the above-described assets must file a petition with

the Court for a hearing to adjudicate the validity of his or her alleged interest in the forfeited asset. The petition is to be mailed to the Clerk of the United States District Court, Tampa Division, 801 North Florida Avenue, Tampa, Florida 33602, within thirty (30) days of the final publication of notice or of receipt of actual notice, whichever is earlier;

5. That the petition shall be signed by the petitioner under penalty of perjury, and shall set forth the nature and extent of the petitioner's right, title, or interest in the forfeited asset, and any additional facts surrounding the petitioner's claim and relief sought;

6. That, after receipt of the petition by the Court, the Court will set a hearing to determine the validity of the petitioner's alleged interest in the forfeited asset;

7. That, upon adjudication of all third-party interests in the above-described assets, this Court will enter a Final Order of Forfeiture pursuant to 21 U.S.C. § 853, in which all interests will be addressed.

The court retains jurisdiction to enter any orders necessary for the forfeiture and disposition of the firearms and ammunition and to entertain any claims or petitions that may be asserted in the ancillary proceeding.

**DONE** and **ORDERED** in Tampa, Florida on July 28, 2008.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

<u>Copies furnished to:</u>
Counsel/Parties of Record

S:\Even\2007\07-cr-454.forfeiture.Archie Holmes.wpd

3